IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NATIVE AMERICAN FAITH GROUP OF THE NEBRASKA STATE PENITENTIARY, and MICHAEL JOSEPH SIMS, | ) ) ) ) ) | 8:16CV326 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| SCOTT R. FRAKES, Director of Corrections, DIANE SABATKE-RHINE, Deputy Director, MICHAEL ROTHWELL, Deputy Director, SHARON PETTID, Deputy Director, RICHARD CRUICKSHANK, Warden @ NSP, RANDY BARTELT, Religious Coor. @ NSP, TIMOTHY KRAMER, Religious Coor. @ NSP, and RELIGIOUS STUDY COMMITTEE MEMBERS, et al, NDCS (multiple committee members unknown), | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MEMORANDUM AND ORDER |
| Defendants. | ) ) | |

    This matter is before the court on Plaintiff Michael Joseph Sims' Motion for Leave to Proceed in Forma Pauperis ("IFP"). (Filing No. 2.) The court has received a certified copy of Plaintiff Sims' trust account information. (Filing No. 3.) Plaintiff Sims is permitted to proceed IFP.

    Prisoner plaintiffs are required to pay the full amount of the court's $350.00 filing fee by making monthly payments to the court, even if the prisoner is proceeding IFP. 28 U.S.C. § 1915(b). The Prison Litigation Reform Act "makes prisoners

responsible for their filing fees the moment the prisoner brings a civil action or files an appeal." *In re Tyler*, 110 F.3d 528, 529-30 (8th Cir. 1997); *Jackson v. N.P. Dodge Realty Co.*, 173 F. Supp. 2d 951 (D. Neb. 2001).

Pursuant to 28 U.S.C. § 1915(b)(1), Plaintiff Sims must pay an initial partial filing fee in the amount of 20 percent of the greater of Plaintiff Sims' average monthly account balance or average monthly deposits for the six months preceding the filing of the Complaint. Here, the court finds the initial partial filing fee is $16.76, based on an average monthly account balance of $83.83. Plaintiff Sims must pay this initial partial filing fee within 30 days or his case will be subject to dismissal. Plaintiff Sims may request an extension of time if one is needed.

In addition to the initial partial filing fee, Plaintiff Sims must "make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account." 28 U.S.C. § 1915(b)(2). The statute places the burden on the prisoner's institution to collect the additional monthly payments and forward them to the court as follows:

> After payment of the initial partial filing fee, the prisoner shall be required to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account. The agency having custody of the prisoner shall forward payments from the prisoner's account to the clerk of the court each time the amount in the account exceeds $10 until the filing fees are paid.

28 U.S.C. § 1915(b)(2). Therefore, after payment in full of the initial partial filing fee, Plaintiff Sims' institution must collect the remaining installments of the filing fee and forward the payments to the court.

Plaintiff Sims is advised he will remain responsible for the entire filing fee, as long as he is a prisoner, even if the case is dismissed at some later time. *See In re Tyler*, 110 F.3d at 529-30; *Jackson*, 173 F. Supp. 2d at 951.

While Native American Faith Group of the Nebraska State Penitentiary may have the capacity to sue, *see* Fed. R. Civ. P. 17(b)(3)(A), Sims cannot act as its representative in this lawsuit. A non-attorney pro se litigant may not represent someone else in federal court. See 28 U.S.C. § 1654; *Iannacone v. Law*, 142 F.3d 553, 558 (2d Cir. 1998). Accordingly, Native American Faith Group of the Nebraska State Penitentiary will be dismissed from this matter.

IT IS THEREFORE ORDERED that:

1. Plaintiff Sims' Motion for Leave to Proceed IFP (Filing No. 2) is granted.

2. Plaintiff must pay an initial partial filing fee of $16.76 within 30 days, unless the court extends the time in which he has to pay in response to a written motion.

3. After payment of the initial partial filing fee, Plaintiff Sims' institution must collect the additional monthly payments in the manner set forth in 28 U.S.C. § 1915(b)(2), quoted above, and forward those payments to the court.

4. The clerk's office is directed to send a copy of this order to the appropriate official at Plaintiff Sims' institution.

5. The clerk's office is directed to set a pro se case management deadline in this case using the following text: August 12, 2016: initial partial filing fee payment due.

6. Plaintiff Sims is advised that, following payment of the initial partial filing fee, the next step in Plaintiff Sims' case will be for the court to conduct an initial review of Plaintiff Sims' claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The court will conduct this initial review in its normal course of business.

3

7.  Native American Faith Group of the Nebraska State Penitentiary is dismissed from this matter.

DATED this 12th day of July, 2016.

> BY THE COURT:
>
> s/ *Richard G. Kopf*
> Senior United States District Judge